UNITED STATES DISTRICT COURT
for the WESTERN DISTRICT OF WASHINGTON

TANIS CONROY,

    Plaintiff(s),

v.

VANCOUVER CITY OF, et al.,

    Defendant(s).

Case No. 3:10–cv–05014–RJB

MINUTE ORDER

Pursuant to the Amended General Order entered by the Chief Judge on November 3, 2004 regarding consent to proceed before the Magistrate Judge, this action has been reassigned to the Judge Robert J. Bryan, United States District Court Judge. All future documents filed in this case must bear the cause number 3:10–cv–05014–RJB and bear the Judge's name in the upper right hand corner of the document.

DATED The 14th of January, 2010

Bruce Rifkin
Clerk of Court

By:  s/ Traci Whiteley
    Traci Whiteley, Deputy Clerk