Hon. Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| TANIS CONROY,<br><br>        Plaintiff,<br><br>    vs.<br><br>CITY OF VANCOUVER and JEFFREY WILKEN,<br><br>        Defendants. | No. C10-5014RJB<br><br>SUPPLEMENTAL NOTICE OF APPEARANCE OF ATTORNEY TO BE NOTICED |

TO:        CLERK OF THE COURT;

AND TO:    ALL PARTIES AND THEIR COUNSEL:

PLEASE TAKE NOTICE that Defendant City of Vancouver, without waiving objection as to improper or insufficient service, jurisdiction and venue, hereby enter its appearance by the undersigned attorney. This supplemental notice is made to add the undersigned attorney to the CM/ECF notification list in this case. You are requested to serve all further papers and proceedings in said cause, except original process, upon said attorney at his address below stated, in addition to serving all other attorneys for Defendant City of Vancouver.

SUPPL. NOTICE OF APPEARANCE - 1
(W.D. Wash. Cause No. C10-5014RJB)

TED H. GATHE
CITY ATTORNEY
210 E. 13th STREET
VANCOUVER, WA 98668
Tel: (360) 487-8500 * Fax: (360) 487-8501

DATED on January 14, 2010.

TED H. GATHE, CITY ATTORNEY
VANCOUVER, WASHINGTON

By: /s/ Daniel G. Lloyd
Daniel G. Lloyd, WSBA No. 34221
Of Attorneys for Defendant City of Vancouver
210 E. 13th Street
Vancouver, WA 98668-1995
**Tel:** 360.487.8500; **Fax:** 360.487.8501
dan.lloyd@ci.vancouver.wa.us

SUPPL. NOTICE OF APPEARANCE - 2
(W.D. Wash. Cause No. C10-5014RJB)

TED H. GATHE
CITY ATTORNEY
210 E. 13th STREET
VANCOUVER, WA  98668
Tel: (360) 487-8500 * Fax: (360) 487-8501

# CERTIFICATE OF SERVICE

I hereby certify that on the date provided below, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following individual(s):

| | |
|---|---|
| Mr. Thomas S. Boothe<br>Attorney for Plaintiff<br>7635 SW Westmoor Wy<br>**Tel:** (503) 292-5800; **Fax:** (503) 292-5556<br>tsb@boothehouse.com | Mr. Michael A. Patterson<br>Ms. Patricia K. Buchanan<br>Ms. Sarah S. Mack<br>Attorneys for Defendant City of Vancouver<br>2112 3rd Avenue, Ste. 500<br>Seattle, WA 98121<br>**Tel:** (206) 462-6700; **Fax:** (206) 462-6701<br>map@pattersonbuchanan.com<br>pkb@pattersonbuchanan.com<br>ssm@pattersonbuchanan.com |

DATED on January 14, 2010.

TED H. GATHE, CITY ATTORNEY
VANCOUVER, WASHINGTON

By: _____/s/ Daniel G. Lloyd_____
Daniel G. Lloyd, WSBA No. 34221
Of Attorneys for Defendant City of Vancouver
210 E. 13th Street
Vancouver, WA 98668-1995
**Tel:** 360.487.8500; **Fax:** 360.487.8501
dan.lloyd@ci.vancouver.wa.us

SUPPL. NOTICE OF APPEARANCE - 3
(W.D. Wash. Cause No. C10-5014RJB)

TED H. GATHE
CITY ATTORNEY
210 E. 13th STREET
VANCOUVER, WA  98668
Tel: (360) 487-8500 * Fax: (360) 487-8501