1

2

3

4              UNITED STATES DISTRICT COURT

5              WESTERN DISTRICT OF WASHINGTON

6

7   TANIS CONROY,

8                    Plaintiff,                    Case No. 3:10-cv-05014-RJB

9        v.                                        ACCEPTANCE OF OFFER OF
                                                   JUDGMENT (Fed. R. Civ. P. 68)
10  VANCOUVER CITY OF, et al.,

11                   Defendants.

12

13       Plaintiff, acting by and through her attorney, Thomas S. Boothe, hereby accepts

14  defendant City of Vancouver's offer to allow monetary judgment to be taken against it in the

15  amount of $125,000.

16       DATED: January 15, 2010.

17                                                 _____
                                                   Thomas S. Boothe, WSB No. 21759
18                                                 Attorney for Plaintiff

19

20  Conroy (Acceptance of Offer)

21

22

23

24

25

26

Page   1   -   ACCEPTANCE OF OFFER OF JUDGMENT (Fed. R. Civ. P. 68)

1          **CERTIFICATE OF SERVICE**

2          I hereby certify that I served the foregoing **ACCEPTANCE OF OFFER OF**

3   **JUDGMENT (Fed. R. Civ. P. 68)** on the following named person(s) on the date indicated

4   below by

5          ☐  mailing with postage prepaid

6          ☐  hand delivery

7          ☐  facsimile transmission

8          ☐  overnight delivery

9          ☑  electronic filing

10  which will send notification of such filing to said person(s).

11      Mr. Michael A. Patterson                    map@pattersonbuchanan.com
        Attorney for Defendant City of Vancouver
12      2112 3rd Avenue, Ste. 500
        Seattle, WA  98121
13

14      Ms. Patricia K. Buchanan                    pkb@pattersonbuchanan.com
        Attorney for Defendant City of Vancouver
15      2112 3rd Avenue, Ste. 500
        Seattle, WA  98121
16

17      Ms. Sarah S. Mack                           ssm@pattersonbuchanan.com
        Attorney for Defendant City of Vancouver
18      2112 3rd Avenue, Ste. 500
        Seattle, WA  98121
19

20      Daniel G. Lloyd                             dan.lloyd@ci.vancouver.wa.us
        Attorney for Defendant City of Vancouver
21      210 E. 13th Street
        Vancouver, WA  98668-1995
22

23
        DATED:  January 15, 2010
24                                          _Emily J. Smith_____
25                                          Emily J. Smith, Paralegal to
                                            Thomas S. Boothe, WSBA No. 21759
26

Page   1   -   CERTIFICATE OF SERVICE