UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TANIS CONROY,<br><br>              Plaintiff,<br><br>   v.<br><br>VANCOUVER CITY OF, et al.,<br><br>              Defendants. | Case No. 3:10-cv-05014-RJB<br><br>JUDGMENT AS TO FEWER THAN ALL PARTIES |

Plaintiff, having accepted defendant City of Vancouver's offer of judgment in the amount of $125,000, is awarded judgment against the City of Vancouver in the amount of $125,000, inclusive of all costs and attorney fees.

DATED: January ____, 2010.

_____
Robert J. Bryan
United States District Court Judge
District of Washington, Western Division

Page   1   -   JUDGMENT AS TO FEWER THAN ALL PARTIES

**CERTIFICATE OF SERVICE**

I hereby certify that I served the foregoing **JUDGMENT AS TO FEWER THAN ALL PARTIES** on the following named person(s) on the date indicated below by

☐ mailing with postage prepaid

☐ hand delivery

☐ facsimile transmission

☐ overnight delivery

☑ electronic filing

which will send notification of such filing to said person(s).

| | |
|---|---|
| Mr. Michael A. Patterson<br>Attorney for Defendant City of Vancouver<br>2112 3rd Avenue, Ste. 500<br>Seattle, WA  98121 | map@pattersonbuchanan.com |
| Ms. Patricia K. Buchanan<br>Attorney for Defendant City of Vancouver<br>2112 3rd Avenue, Ste. 500<br>Seattle, WA  98121 | pkb@pattersonbuchanan.com |
| Ms. Sarah S. Mack<br>Attorney for Defendant City of Vancouver<br>2112 3rd Avenue, Ste. 500<br>Seattle, WA  98121 | ssm@pattersonbuchanan.com |
| Daniel G. Lloyd<br>Attorney for Defendant City of Vancouver<br>210 E. 13th Street<br>Vancouver, WA  98668-1995 | dan.lloyd@ci.vancouver.wa.us |

DATED: January 20, 2010

_Emily J. Smith_
Emily J. Smith, Paralegal to
Thomas S. Boothe, WSBA No. 21759

Page   1   -   CERTIFICATE OF SERVICE