UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TANIS CONROY,<br><br>                Plaintiff,<br><br>   v.<br><br>VANCOUVER CITY OF, et al.,<br><br>                Defendants. | Case No. 3:10-cv-05014-RJB<br><br>JUDGMENT AS TO FEWER THAN ALL PARTIES |

     Plaintiff, having accepted defendant City of Vancouver's offer of judgment in the amount of $125,000, is awarded judgment against the City of Vancouver in the amount of $125,000, inclusive of all costs and attorney fees.

     DATED:  January 25th, 2010.

*/s/ Robert J. Bryan*

ROBERT J. BRYAN
United States District Judge

Page   1   -   JUDGMENT AS TO FEWER THAN ALL PARTIES