|   |   |   |
|---|---|---|
| 1 | | The Honorable Robert J. Bryan |

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| TANIS CONROY, | | |
|         Plaintiff, | | Case No. 3:10-cv-05014-RJB |
| v. | | SATISFACTION OF JUDGMENT AS TO FEWER THAN ALL PARTIES (Dkt. 9)) |
| VANCOUVER CITY OF, et al., | | |
|         Defendants. | | |

    Plaintiff hereby acknowledges full satisfaction of the Judgment as to Fewer Than All Parties signed by The Honorable Robert J. Bryan on January 25, 2010 (Dkt. 9) in favor of plaintiff and against defendant City of Vancouver for a money award in the amount of $125,000.

    Plaintiff authorizes the clerk of this court and the clerk in any county or district in which this judgment has been entered to enter satisfaction of this judgment in the judgment docket of that county or district.

    DATED: February 6, 2010.

                                                            _____
                                                          Tanis Conroy
                                                          Plaintiff

_____
Thomas S. Boothe, WSB No. 21759
Attorney for Plaintiff

Page  1  -  Satisfaction of Judgment as to Fewer Than All Parties (Dkt.9)

**CERTIFICATE OF SERVICE**

I hereby certify that I served the foregoing **SATISFACTION OF JUDGMENT AS TO FEWER THAN ALL PARTIES** on the following named person(s) on the date indicated below by

- ☐ mailing with postage prepaid
- ☐ hand delivery
- ☐ facsimile transmission
- ☐ overnight delivery
- ☑ electronic filing

which will send notification of such filing to said person(s).

| | |
|---|---|
| Mr. Michael A. Patterson<br>Attorney for Defendant City of Vancouver<br>2112 3rd Avenue, Ste. 500<br>Seattle, WA 98121 | map@pattersonbuchanan.com |
| Ms. Patricia K. Buchanan<br>Attorney for Defendant City of Vancouver<br>2112 3rd Avenue, Ste. 500<br>Seattle, WA 98121 | pkb@pattersonbuchanan.com |
| Ms. Sarah S. Mack<br>Attorney for Defendant City of Vancouver<br>2112 3rd Avenue, Ste. 500<br>Seattle, WA 98121 | ssm@pattersonbuchanan.com |
| Daniel G. Lloyd<br>Attorney for Defendant City of Vancouver<br>210 E. 13th Street<br>Vancouver, WA 98668-1995 | dan.lloyd@ci.vancouver.wa.us |

DATED: February 8, 2010

*Emily J. Smith* (signature)

Emily J. Smith, Paralegal to
Thomas S. Boothe, WSBA No. 21759

Page 1 - CERTIFICATE OF SERVICE