UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TANIS CONROY,<br><br>                Plaintiff,<br><br>    v.<br><br>CITY OF VANCOUVER, et al.,<br><br>                Defendants. | Case No. C10-5014RJB<br><br>ORDER TO SHOW CAUSE |

This matter comes before the Court *sua sponte* and upon review of the court record.

On January 13, 2010, the Court issued a scheduling order setting April 13, 2010, as the deadline for filing a Joint Status Report. Dkt. 2. The Plaintiff has not filed a Joint Status Report as of May 3, 2010. The Plaintiff has been given ample time to either file a Joint Status Report or request an extension. The Plaintiff should show cause in writing why this case should not be dismissed without prejudice for failure to comply with the Court's Orders, Fed.R.Civ.P. 26(f), and Local Rule CR 16.

Therefore, it is hereby **ORDERED** that, not later than **May 14, 2010**, Plaintiff shall file a Joint Status Report, or show cause in writing as to why this case should not be dismissed without prejudice for failure to comply with Court Orders.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

///

///

ORDER
Page - 1

1    DATED this 3rd day of May, 2010.

*Robert J. Bryan*
Robert J. Bryan
United States District Judge

ORDER
Page - 2