# United States District Court

WESTERN DISTRICT OF WASHINGTON

TANIS CONROY,                                       JUDGMENT IN A CIVIL CASE

v.

CITY OF VANCOUVER, et al.,               CASE NUMBER: C10-5014RJB

☐   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT this case is DISMISSED WITHOUT PRJUDICE.

May 18, 2010                                             BRUCE RIFKIN
                                                                  Clerk

                                                                  /s/ Dara L. Kaleel
                                                                   By Dara L. Kaleel, Deputy Clerk